**Order entered November 9, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00488-CR

**FRANK ROBERT BLAES, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 3**
**Dallas County, Texas**
**Trial Court Cause No. F17-00535-J**

## ORDER

Before the Court is appellant's November 07, 2018 unopposed third motion to extend time to file appellant's brief. We **GRANT** appellant's motion and **ORDER** the brief received on November 7, 2018 filed as of the date of this order.

Appellee's brief is due by **December 10, 2018**.

/s/    LANA MYERS
        JUSTICE